UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | **CONSENT ORDER REGARDING BAIL CONDITIONS** |
|---|---|
| v. | |
| ESTAVE PALACIOS | Case Number ~~05-5595~~ 09-658 |

WHEREAS, it has been agreed to by (i) Assistant United States Attorney Andrew Carey of the United States Attorney's Office for the District of New Jersey, (ii) Adriana Garcia of Pre Trial Services, and (iii) Daniel McGillycuddy, Esq., counsel for Esteve Palacios that: (i) Mr. Palacios be allowed to continue on bail without further electronic monitoring, with all other bail conditions to remain in effect, and (ii) that Mr. Palacios be allowed, in the presence of his third party custodian, to attend a family gathering honoring his grandfather's 90th birthday to be held on September 26-27, 2009 from approximately 6:00 pm to 1:00am, at a family residence at 897 Pacific Street, Brooklyn, NY, it is hereby

ORDERED that the electronic monitoring device be promptly removed and discontinued as a condition for Mr. Palacios release on bail, and that all other bail conditions are to remain in effect, and it is further

ORDERED and that should the electronic monitoring device still be in effect and use, that Mr. Palacios, in the presence of his third party custodian, be allowed to attend a family gathering honoring his grandfather's 90th birthday to be held on September

-2-

26-27, 2009 from approximately 6:00 pm to 1:00am, at a family residence at 897 Pacific Street, Brooklyn, NY.

Dated: Newark, New Jersey
       September 18, 2009

Approved: _____

United States Judge

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ESTAVE PALACIOS | **CONSENT ORDER REGARDING BAIL CONDITIONS**<br><br>Case Number ~~09-555~~ *09658* |

It is hereby agreed to by (i) Assistant United States Attorney Andrew Carey of the United States Attorney's Office for the District of New Jersey, (ii) U.S. Pretrial Services Officer Adriana Garcia, and (iii) Daniel McGillycuddy, Esq., counsel for Estave Palacios that: (i) Mr. Palacios be allowed to continue on bail without further electronic monitoring, with all other bail conditions to remain in effect, and (ii) that Mr. Palacios be allowed, in the presence of his third party custodian, to attend a family gathering honoring his grandfather's 90th birthday to be held on September 26-27, 2009 from approximately 6:00 pm to 1:00am, at a family residence at 897 Pacific Street, Brooklyn, NY.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct:

Dated: Newark, New Jersey
       September __, 2009

                              Andrew Carey
                              Assistant United States Attorney

Dated: Newark, New Jersey
       September 18, 2009

                              Adriana Garcia
                              United States Pretrial Services officer

Dated: New York, New York
       September __, 2009

                              Daniel McGillycuddy, Esq.
                              Counsel for Estave Palacios

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ESTAVE PALACIOS | **CONSENT ORDER<br>REGARDING BAIL<br>CONDITIONS**<br><br>Case Number 09-658 |

    It is hereby agreed to by (i) Assistant United States Attorney Andrew Carey of the United States Attorney's Office for the District of New Jersey, (ii) U.S. Pretrial Services Officer Adriana Garcia, and (iii) Daniel McGillycuddy, Esq., counsel for Estave Palacios that: (i) Mr. Palacios be allowed to continue on bail without further electronic monitoring, with all other bail conditions to remain in effect, and (ii) that Mr. Palacios be allowed, in the presence of his third party custodian, to attend a family gathering honoring his grandfather's 90th birthday to be held on September 26-27, 2009 from approximately 6:00 pm to 1:00am, at a family residence at 897 Pacific Street, Brooklyn, NY.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct:

Dated: Newark, New Jersey
       September __, 2009

/s/ Andrew Carey
Andrew Carey
Assistant United States Attorney

Dated: Newark, New Jersey
       September __, 2009

Adriana Garcia
United States Pretrial Services officer

Dated: New York, New York
       September __, 2009

Daniel McGillycuddy, Esq.
Counsel for Estave Palacios