# BINGHAM

Daniel M. McGillycuddy
Direct Phone: 212.705.7486
Direct Fax:   212.702.3634
daniel.mcgillycuddy@bingham.com

May 1, 2012

Honorable Stanley R. Chesler
Martin Luther King, Jr. Federal Building &
  United States Courthouse
50 Walnut Street
Newark, NJ  07101

Re:  **United States v. Esteve Palacios**
     **Case No. 09-3595**

Dear Judge Chesler:

By this letter, I respectfully request, on behalf of my client Esteve Palacios, that Mr. Palacios be allowed to surrender to in El Paso, Texas, when he starts to serve his federal prison term in connection with the above captioned matter.

I make this request because Mr. Palacios' wife, Tricia (who is Native American), owns a home at 851 Tomas Granillo in El Paso, and is now living on the Pueblo Indian reservation there. Mr. Palacios seeks to surrender in El Paso in order to keep his union with his wife and her children as strong as possible. Please also know that when the investigation commenced in the above-captioned matter, Mr. Palacios was residing in El Paso, TX at the aforementioned address with Tricia.

Apparently the probation department has Mr. Palacios listed to his El Paso residence, but the Bureau of Prisons has lists him residing at his birth family's home in Brooklyn. Pre Trial Services has informed me that the Bureau of Prisons will have Mr. Palacios surrender in Brooklyn unless your Honor directs that he be allowed to surrender in El Paso.

Please know that I have conferred with AUSA Andrew Carey, who prosecuted this matter, and he indicates that he has no objection to the above-stated request,

Thank you for your thoughtful consideration of this request.

Respectfully,

*Daniel McGillycuddy* [signature]
Daniel M. McGillycuddy

5/2/2012
SO ORDERED:
[signature]
STANLEY R. CHESLER, U.S.D.J.

DMM/kee

Beijing
Boston
Frankfurt
Hartford
Hong Kong
London
Los Angeles
New York
Orange County
San Francisco
Santa Monica
Silicon Valley
Tokyo
Washington

Bingham McCutchen LLP
399 Park Avenue
New York, NY
10022-4689

T +1.212.705.7000
F +1.212.752.5378
bingham.com

A/74926833.1